**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, ) ) ) Plaintiff, ) ) v. ) ) ) U.S. DEPARTMENT OF HOMELAND ) SECURITY, et al, ) ) Defendants. ) ) ) | Civil Action No. 25-2208 (BAH) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 2, 2025, Plaintiff Democracy Forward Foundation and Defendant U.S. Department of Homeland Security ("DHS") and Immigration and Customs Enforcement ("ICE") (collectively, "Defendants"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's Standing Order.

1. This is an action brought under the Freedom of Information Act ("FOIA"). Defendants answered the Complaint on August 28, 2025. This action involves a request to DHS (the "DHS Request") and three requests to ICE (the "February 3 Request"; the "April 1 Request;" and the "May 22 Request").

2. Defendants report as follows regarding the current status of this matter:

   a. The DHS Request: DHS reports that, to date its search has located roughly 3,063 pages of potentially responsive records but that the search has not yet been completed. DHS anticipates processing 500 pages per month and provided its first interim response to Plaintiff on December 15, 2025. DHS expects to provide its second interim response by January 28, 2026. By that date, DHS also expects to

have completed its search and to be in a position to provide a processing schedule for any additional potentially responsive records that have been located.

b.  The February 3 and May 22 Requests:  ICE reports that, to date, its search has located 954 pages of potentially responsive records but that the search has not yet been completed.  ICE expects to complete its processing of the 954 pages identified to date and release the responsive, non-exempt portion of those records by January 30, 2026.  By that date, ICE also expects to have completed it search and to be in a position to provide a processing schedule for any additional potentially responsive records that have been located.

c.  The April 1 Request:  As stated in the last status report, ICE reports that it issued a final response to the April 1 Request by letter dated July 14, 2025. On September 10, 2025, Plaintiff requested that ICE provide additional detail regarding the scope and methodology of its search.   ICE is still evaluating that request.

3.    The parties propose that they file an additional joint status report by February 4, 2026, to update the Court on the status of the FOIA requests.

Dated: December 17, 2025

Respectfully submitted,

*/s/ Anisha Hindocha*
Anisha Hindocha
Daniel Alexander McGrath
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 812-7824
ahindocha@democracyforward.org
dmgrath@democracyforward.org

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ Jeremy S. Simon*
     JEREMY S. SIMON
     D.C. Bar #447956
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2528
     jeremy.simon@usdoj.gov

*Counsels for Plaintiff*

*Attorneys for the United States of America*

3