UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRACY FORWARD FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 25-2208 (BAH) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 19, 2025, Plaintiff Democracy Forward Foundation and Defendant U.S. Department of Homeland Security ("DHS") and Immigration and Customs Enforcement ("ICE") (collectively, "Defendants"), through counsel, respectfully submit this Joint Status Report.

1. This is an action brought under the Freedom of Information Act ("FOIA"). Defendants answered the Complaint on August 28, 2025. This action involves a request to DHS (the "DHS Request") and three requests to ICE (the "February 3 Request"; the "April 1 Request;" and the "May 22 Request").

2. Defendants report as follows regarding the current status of this matter:

   a. The DHS Request: DHS provided its first interim response to Plaintiff on December 15, 2025, and expects to release its second interim response by February 13, 2026, and a third interim response by March 6, 2026. DHS has now completed a significant portion of its search and located 94 additional pages of potentially

responsive records (in addition to the approximately 3,063 pages referenced in the last status report) and expects to complete its search by February 27, 2026.

b. The February 3 and May 22 Requests:  ICE reports that, to date, its searches have been completed and they have located potentially responsive records consisting of 3,536 pages and 13 excel spreadsheets.  ICE has completed processing of its first production of 949 pages and two excel spreadsheets and, on February 4, 2026, released the responsive, non-exempt portion of those records.  ICE expects to make a second interim responsive reflecting the processing of 500 pages of potentially responsive records on February 27, 2026, and then to process 500 pages per month thereafter.

c. The April 1 Request:  As stated in a prior status report, ICE issued a final response to the April 1 Request by letter dated July 14, 2025. On September 10, 2025, Plaintiff requested that ICE provide additional detail regarding the scope and methodology of its search.  ICE provided a response to that inquiry by email dated February 3, 2026, and understands that Plaintiff is still reviewing that response.

3. The parties propose that they file an additional joint status report by April 7, 2026, to update the Court on the status of the FOIA requests.

Dated: February 4, 2026

/s/ Anisha Hindocha
Anisha Hindocha (D.C. Bar No. 1725159)
Daniel Alexander McGrath (D.C. Bar No. 1531723)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 812-7824
ahindocha@democracyforward.org
dmgrath@democracyforward.org

*Counsels for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Jeremy S. Simon
JEREMY S. SIMON
D.C. Bar #447956
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2528
jeremy.simon@usdoj.gov

*Attorneys for the United States of America*